# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

National Fair Housing Alliance, Inc., et al.

                                          Plaintiff,

v.                                                              Case No.: 1:14–cv–03197
                                                                       Honorable John Robert Blakey

Ryan Companies US, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held. The parties' joint motion for entry of consent decree [63] is granted. Enter Consent Decree. As per the accompanying Consent Decree, the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. At the request of the parties, and under the authority of Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381–82 (1994), the Court shall retain jurisdiction for the purpose of enforcing the terms of the accompanying Consent Decree. Except as necessary to enforce the terms of the Consent Decree, this case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.